UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
(WESTERN DIVISION, CINCINNATI)

| | | |
|---|---|---|
| ROBERT W. BLACK, | : | No.: 1:11-cv-00210 |
| Plaintiff, | : | Judge Michael R. Barrett |
| v. | : | |
| CINCINNATI FINANCIAL CORP. *et al.*, | : | |
| Defendants. | : | |
| ************************************ | : | |
| ROBERT W. BLACK, Plaintiff, and derivatively on behalf of Nominal Defendant CINCINNATI FINANCIAL CORP., | : | |
| v. | : | |
| JOHN J. SCHIFF, JR., *et al.*, Defendants, and CINCINNATI FINANCIAL CORP., Nominal Defendant. | : | |

**PLAINTIFF'S STIPULATION OF
VOLUNTARY DISMISSAL UNDER RULE 41 (a)(1)(a)**

Plaintiff Robert W. Black hereby dismisses without prejudice this action pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.  The parties stipulate that each party shall bear its own attorneys fees and costs.

    s/Ann Lugbill
Arlus Stephens (0067384)
Murphy Anderson PLLC
1701 K Street N.W., Suite 210
Washington, DC 20006
Phone: 202-223-2620
Fax: 202-223-8651
*astephens@murphypllc.com*

Ann Lugbill (0023632)
Murphy Anderson PLLC
2406 Auburn Avenue
Cincinnati, OH 45219
Phone: 513-784-1280
Fax: 877-784-1449
*alugbill@murphypllc.com*

Eduard Korsinksy, Esq.
Elizabeth Berney, Esq.
Allen Schwartz, Esq.
LEVI & KORSINSKY, LLP
30 Broad Street, 15th Floor
New York, NY 10004
Phone: 212-363-7500
Fax: 212-363-7171
*ek@zlk.com*
*lberney@zlk.com*
*aschwartz@zlk.com*

**Attorneys for Plaintiff**


    s/Richard S. Wayne
Richard S. Wayne, Esq.
Thomas P. Glass, Esq.
Strauss & Troy LPA
Federal Reserve Bldg.
150 E. Fourth Street
Cincinnati, OH  45202
Phone: 513-629-2120
Fax: 513-629-9426
*rswayne@strausstroy.com*
*tpglass@strausstroy.com*

**Attorneys for Defendants**

Dated:  May 24, 2011

## CERTIFICATE OF SERVICE

  I hereby certify that on May 24, 2011, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice of this filing to all parties set forth below.

                   s/Ann Lugbill
                   Ann Lugbill (0023632)
                   Murphy Anderson PLLC
                   2406 Auburn Ave.
                   Cincinnati, OH 45219
                   Phone: 513-784-1280
                   Fax: 877-784-1449
                   *alugbill@murphypllc.com*

<u>Counsel for Defendants</u>

Richard S. Wayne, Esq.
Thomas P. Glass, Esq.
Strauss & Troy LPA
Federal Reserve Bldg.
150 E. Fourth Street
Cincinnati, OH  45202
Phone: 513-629-2120
Fax: 513-629-9426
*rswayne@strausstroy.com*
*tpglass@strausstroy.com*

<u>Counsel for Plaintiff</u>

Elizabeth Berney, Esq.
Allen Schwartz, Esq.
LEVI & KORSINSKY, LLP
30 Broad Street, 15th Floor
New York, New York 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
*lberney@zlk.com*
*aschwartz@zlk.com*